#4 OF 18

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 20 2023
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Central **DIVISION**

**CASE NO.** 4:23-cv-00244-LPR

**Jury Trial:** X Yes ☐ No
**(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Antonio D. Ausler
ADC # ______

Address: 305 N. Division Morrilton AR 72110

Name of plaintiff: Arman D. Ausler
ADC # ______

Address: ______

Name of plaintiff: ______
ADC # ______

Address: ______

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Harry Foster

Position: Judge

Place of employment: Faulkner County Circuit Court

Address: 500 S. German Ln. 724 Locust St Conway AR 72034

Name of defendant: " Carnahan

Position: Judge

This case assigned to District Judge Rudofsky
and to Magistrate Judge Harris

Name of Defendant Lori Mason
Position Attorney at Law
Place of Employment
Address Dave Ward Dr. Conway Ar.

Name of defendant OFFICERS, McGary, Holland, Holliman, Zulpo, John Doe/Jane Doe (William Tapley)
Position Police OFFICERS, chief of police
Place of employment Conway Arkansas Police Department
Address

Name of defendant City of Conway
Position
Place of employment
Address

Name of defendant Faulkner County
Position
Place of employment
Address

Name of defendant John Doe/Jane Doe
Position "Faulkner" County Court clerk
Place of employment Faulkner County Circuit Court
Address 500 S. German Ln, 724 Locust St. Conway Ar. 72034

Name of defendant "Watkins"
Position unknown
Place of employment Faulkner County Detention Center Unit 2
Address 500 S. German Ln. Conway Ar. 72034

Name of defendant Captain "HUFFMAN"
Position Captain
Place of employment Faulkner County Detention Center Unit 2
Address 500 S. German Ln. Conway Ar. 72034

Name of defendant "Scott"
Position
Place of employment Faulkner County Detention Center Unit 2
Address 500 S. German Ln. Conway Ar. 72034

Name of defendant "Prescott"
Position
Place of employment Faulkner County Detention Center Unit 2
Address 500 S. German Ln. Conway Ar. 72034

Name of defendant "Homan"
Position
Place of employment Faulkner County Detention Center Unit 2
Address 500 S. German Ln. Conway Ar. 72034

 #6 of 11

Place of employment: Faulkner County District Court

Address: 810 Parkway St. Conway AR. 72034

Name of defendant: Elizabeth Kennedy, Carol Crews

Position: Prosecuters

Place of employment: Faulkner County Prosecuters office

Address: 510 S. German Ln. Conway AR 72034

Name of defendant: John Doe (Jail Administrator)

Position: Jail Administrator

Place of employment: Faulkner County Detention Center

Address: 500 S German Ln. Conway AR 72034

(OVER)

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

#8 of 11

☐ Court (if federal court, name the district; if state court, name the county): ______

☐ Docket Number: ______

☐ Name of judge to whom case was assigned: ______

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______

☐ Approximate date of filing lawsuit: ______

☐ Approximate date of disposition: ______

IV. Place of present confinement: Faulkner County Detention Center, Conway Arkansas

V. At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

X in jail for other reasons (e.g., alleged probation violation, etc.) explain: insufficiant service by prosecution and court causing FTA'S, Retailiation

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes X No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

#10 of 18

Yes ____ No X

If not, why? plaintiff was retaliated against before Grievance was determined against Judge, but after Internal investigation "exonerated" officer

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On June 25, 2022 the plaintiff was wrongfully Arrested by officer "Mcgary," "Zulpo" And "Holland" etc with the Conway AR, Police department, For a civil matter that these officers had no authority or Jurisdiction to make an arrest.

(2) On or around August 20, 2022 chief of (William Tapley) Conway Arkansas police department notified plaintiff that after an internal investigation the officers were "exonerated" and cleared of any wrong doing, after violating plaintiff's

(3) Fourth, Eigth and Fourtenth Amendment to the U.S. Constitution, also violating Act 604

(4) On February 23, 2023 at plaintiff's address that he had provided to the court through motions

(over)

Was Forcefully Breached by plaintiff's Bondsman, Morrilton Police department and unknown officers in search of plaintiff for FTA's that The plaintiff was not notified about by the court or the prosecutor, because they were knowingly supposedly mailing to wrong address that did not match address provided by plaintiff.



(5.) plaintiff learned that Judge Harry Foster being sued in his individual and official capacity, as all defendants, had allowed the prosecution (state) and courts to unlawfully "seal" the case from the plaintiff for 3 months while the Judge and prosecutor had court without the plaintiff or anyone to represent him. violating clearly established laws. and Rights.

(6) On February 27, 2023 after unlawfully being kidnapped for sea time, and imprisoned without cause or lawful warrant, or due process, plaintiff appeared in front of Judge Harry Foster for the first time in the Faulkner county circuit courthouse for these unlawful charges, FTA's and Arrest.

(7) The plaintiff again was knowingly unlawfully detained without bail, Jailed in retaliation for exercising his rights, in violation of equal protection and Due process, and clearly established laws.

(8) The court acted improvidently, thoughtlessly and without due consideration of the facts, evidence, motions filed, laws and the plaintiff's rights, in retaliation because of the Judicial complaint filed by plaintiff against Harry Foster, that is still pending, also mentioning Elizabeth Kennedy.

(9) Because of the violations of due process, fair and equal treatment, right to counsel, right to jury trial, and because these actions were motivated by retaliation, because of multiple grievances, and actions the plaintiff had filed on his own behalf.

10) The plaintiff/prisoner is in imminent danger of serious physical injury as he has been threatened with rape by jail administrators on February 27, 2023 after returning from Harry Fosters Court room to the Jail.

(11) On February 27, 2023 plaintiff/prisoner went to circuit court with his attorney "Jay Paul Coleman" and Harry Foster was dishonest under oath and showed bias, prejudice, discrimination and disregard for facts, laws and plaintiff/prisoners rights, in retaliation.

(12) While it did appear Harry Foster had reinstated the plaintiff's/prisoner bond, when plaintiff/prisoner notified jail staff that he could be released, he was taken before another "district" court judge inside the "privately" owned jail, judge "Carnahan" and his bond was taken away less then a hour after his judge reinstated it, again in retaliation for plaintiff's/prisoner's excersising his rights.

(13) After plaintiff/prisoner was returned to a one man cell in booking unknown jail administrator entered the plaintiff's/prisoners cell after (or before) trying to force him to sign falsified warrants, and told him that "if he keeps screaming about people violating his rights, he was really going to violate his rights" making sure plaintiff/prisoner knew that he was talking about raping him as he was openly gay or interested in other men.

(14) Plaintiff/prisoner has been unlawfully blocked and hushed by jail administrators from filing a proper grievance.

Prisoner is in imminent Danger of [illegible] this facility

(?) Jurisdiction has been determined entirely from plaintiffs pleadings to this court. (over)

#13 The right not to be arrested or prosecuted without probable cause is a clearly established constitutional right.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

permanent Injunctive Relief
Compensatory damages (To be amended)
punitive damages (To be amended)

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 2 day of March, 2023.

[signature]

Signature(s) of plaintiff(s)

(15) The city of Conway, Conway Police department and The Faulkner County sheriff have created unlawful and unconstitutional avenues to violate the rights of citizen creating an arrest and Jail For Profit in the Privatly owned by retired Judges, In the Faulkner County Detention Center, in violation of clearly established laws.

(16) This conflict of Interest has subjected the PlaintiFF and others to "deliberate Indefference" creating violations of Fair and Equal Treatment, the due process clause of the Fourteenth Amendment, including but not limited to Procedural Due process, without any subject matter or Personal Jurisdiction.

(17) The PlaintiFF has been subjected to discipline in retaliation For grievances and compleints making him subject to False Imprisonment, and making his time longer in Jail, leading to "atypical and significant" hardships on plaintiFF.

(18) PlaintiFF has unlawfully lost the Fundemental right to have custody and protect his own child, lost 2 Jobs, his home, vehicle and all of his worldly Possessions, Including his Freedom as a result of Violations of clearly established laws, The Arkanses Constitution, The U.S. Constitution and Act 604.

(19) The actions or Failures to act were meant to cause suffering and Punishment to the PlaintiFF, showing that the defendents intended to punish with incarceration, regulations and conditions that were not reasonable releted to goal, as the PlaintiFF is innocent until proven guilty and was unlawfully arrested For a civil matter.

(20) The PlaintiFF is requesting Injunctive Relief, Compensatory damages and Punitive damages and all other relief he is entitled as a matter of law and in the Fatherance of Justice. PlaintiFF PRAYS For relief in accordance with The U.S. Constitution, The Constitution of Arkansas, Clearly established laws and Act 604, also requesting immediate release and review of all cases against him as Discrimination because of Race may or may not be a Factor as PlaintiFF is Black or African American and all defendants except Jail staff are white

Antonio Ausler
500 S. German Ln. Unit2
Conway Ar, 72034

LEGAL MAIL



Pro Se clerk
600 West Capitol Avenue Room A149
little Rock ARKansas 72201