IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO D. AUSLER**  **PLAINTIFF**
Armon D. Ausler

v.  Case No. 4:23-cv-00244-LPR

**MCGARY,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Antonio D. Ausler's case was stayed pending the resolution of state court criminal proceedings.[1] The Court gave Mr. Ausler until May 13, 2024 to file either (1) a motion to reopen this case, or (2) a status report on the state proceedings.[2] Mr. Ausler was warned that the failure to do so would result in the Court reopening his case and dismissing it without prejudice.[3] Mr. Ausler has failed to file a motion or status update with the Court, and the time for doing so has expired. The stay is therefore lifted, and this case is dismissed without prejudice.[4] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of June 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 5).

[2] *Id.* at 5. The Court reminded Mr. Ausler of this deadline in a separate Order dated January 5, 2024 (Doc. 18).

[3] Order (Doc. 5) at 5.

[4] *See* Local Rule 5.5(c)(2).